Nathan CHAMBLISS, Petitioner–
Appellant,

v.

Harold W. CLARKE, Director, Virginia
Department of Corrections,
Respondent–Appellee.

No. 16-6513

United States Court of Appeals,
Fourth Circuit.

Submitted: October 14, 2016

Decided: October 25, 2016

Nathan Chambliss, Appellant Pro Se.
John Watkins Blanton, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and
WYNN, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Nathan Chambliss seeks to appeal the
district court's orders denying relief on his
28 U.S.C. § 2254 (2012) petition and deny-
ing his Fed. R. Civ. P. 59(e) motion. The
district court referred the § 2254 petition
to a magistrate judge pursuant to 28
U.S.C. § 636(b)(1)(B) (2012). The magis-
trate judge recommended that the petition
be denied and dismissed with prejudice
based on unexcused procedural default and
advised Chambliss that the failure to file
objections to its findings and recommenda-
tion in a timely fashion would result in
waiver of appellate review of a district
court order based on such findings and
recommendation. Chambliss filed an objec-
tion to the magistrate judge's recommen-
dation, and the district court overruled the
objection, adopted the magistrate judge's
recommendation, granted Respondent's
motion to dismiss, and denied and dis-
missed the § 2254 petition.

The district court's orders denying
§ 2254 relief and denying the Rule 59(e)
motion are not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1)(A)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-
strating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. Slack v. McDaniel, 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); see Miller–El v. Cockrell, 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. Slack, 529
U.S. at 484–85, 120 S.Ct. 1595.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. Diamond
v. Colonial Life & Accident Ins. Co., 416
F.3d 310, 315–16 (4th Cir. 2005); Wells v.
Shriners Hosp., 109 F.3d 198, 201 (4th Cir.
1997); Wright v. Collins, 766 F.2d 841,
845–46 (4th Cir. 1985). Chambliss has

waived appellate review of the district court's order denying and dismissing his § 2254 petition on the basis of unexcused procedural default.

Turning to the district court's denial of the Rule 59(e) motion, we have independently reviewed the record and conclude that Chambliss has not made the requisite showing warranting the issuance of a certificate of appealability. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED